# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Malden

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf.:    Case No.:
- Same Defendant    New Defendant
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of:

## Defendant Information:

- **Defendant Name:** Pablo Rocha    Juvenile: [ ] Yes [✓] No
- Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
- **Alias Name:**
- **Address (City & State):** Melrose, MA
- **Birth date (Yr only):** 1991    **SSN (last4#):** 3572    **Sex:** M    **Race:**    **Nationality:**
- **Defense Counsel if known:** Sandra Gant    **Address:** 51 Sleeper Street, 5th Floor, Boston, MA 02210
- **Bar Number:** 680122

## U.S. Attorney Information:

- **AUSA:** Christopher J. Markham    **Bar Number if applicable:** 685591
- **Interpreter:** [ ] Yes [✓] No    List language and/or dialect:
- **Victims:** [✓] Yes [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No
- **Matter to be SEALED:** [ ] Yes [✓] No
- [ ] Warrant Requested    [✓] Regular Process    [ ] In Custody

## Location Status:

**Arrest Date:**

- [ ] Already in Federal Custody as of _____ in _____.
- [ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
- [ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [ ] Complaint [✓] Information [ ] Indictment

**Total # of Counts:** [ ] Petty [ ] Misdemeanor [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 06/25/2023    **Signature of AUSA:** CHRISTOPHER MARKHAM (Digitally signed by CHRISTOPHER MARKHAM, Date: 2023.06.25 10:44:16 -04'00')

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Pablo Rocha

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1344 | Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____